Carswell, JJ., dissent and vote to reverse and to dismiss the complaint for the reasons stated in the original decision of December 31, 1934. [243 App. Div. 570.] Settle order on notice.

DAVID BORENSTEIN, Respondent, v. JEANETTE BORENSTEIN, Appellant. (Appeal No. 1.) — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

FRANK XAVIER DONNELLY, Appellant, v. MARION CECILE DONNELLY, Respondent.— Motion to direct appellant to pay to the attorney for respondent a reasonable sum as counsel fee upon the appeal herein denied upon the ground that the motion should be made at Special Term, without prejudice to the making of such a motion by respondent. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

ANNA V. EGAN, by Her Guardian ad Litem, WILLIAM F. EGAN, and WILLIAM F. EGAN, Respondents. WILLIAM EGAN, JR., by His Guardian ad Litem, WILLIAM F. EGAN, Plaintiff, v. ABE SOLOMON, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

FLATBUSH SAVINGS BANK, Plaintiff, v. MILDRED KORNBLAU and Another, Respondents; SAMUEL C. PULIS, as Receiver, Appellant; ALBERT H. DAVIS, Defendant, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals and for other relief denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of FERDINAND A. BRUNO, an Attorney and Counselor at Law.— Respondent disbarred and his name ordered struck from the roll of attorneys. Respondent, in the County Court of Kings county, pleaded guilty to the crime of grand larceny, first degree. The crime being a felony, his disbarment necessarily follows. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title, etc., to the Real Property Required in Connection with the Elimination of Grade Crossings on the Long Island Railroad through Jamaica, Borough of Queens, City of New York, Said Property Being Designated as Parcels " A," " B,". " C," " D," " E " and " F " on a Map Entitled " State of New York Transit Commission, Map Showing Property to Be Acquired in Connection with the Elimination of Grade Crossings on the Long Island Railroad through Jamaica, Case No. 2652, Wm. C. Lancaster, Chief Engineer, Dated September 7, 1926." THE CITY OF NEW YORK and THE LONG ISLAND RAILROAD COMPANY, Appellants; JOHN R. CARPENTER COMPANY, Respondent.— Motion for reargument and for other relief denied. Motion for leave to appeal to the Court of Appeals denied as unnecessary. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of BEATRICE R. PASCUAL and PAUL F. REILLY, as Executors, etc., of MARY DEFENDORF, Deceased, and the Petition of JOHN J. MURRAY to Open and Set Aside Said Decree Judicially Settling the Executors' Accounting in the Estate of MARY DEFENDORF, Deceased. PAUL F. REILLY, Coexecutor, BEATRICE R. PASCUAL, Coexecutrix of MARY DEFENDORF, Deceased, and JOSEPH P. REILLY, Appellants; JOHN J. MURRAY, Respondent.— Motion for leave to appeal to the Court of

Appeals denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of JEAN HELLMAN, Appellant, for a Certiorari Order against EDWARD P. MULROONEY, as Chairman of the New York State Liquor Authority, Division of Alcoholic Beverage Control, and NEW YORK STATE LIQUOR AUTHORITY, DIVISION OF ALCOHOLIC BEVERAGE CONTROL, Respondents.— Motion to dismiss certiorari proceeding denied on condition that the petitioner print the record and be ready for argument at the May term. Motion by petitioner for an additional stay granted, and all proceedings on the part of the respondents to enforce the revocation of the license stayed until the hearing and determination of the certiorari proceeding, providing said proceeding is brought on for argument at the May term. The motion to compel the respondents to serve an amended return deleting certain portions thereof is denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of JAMAICA APOTHECARY, INC., Assignor, to ARTHUR J. GUTMAN, Assignee, Respondent; NATIONAL MIRROR WORKS, INC., Claimant, Appellant.— Motion for leave to file an abridged record on appeal denied. The appellant should proceed to have the record settled at Special Term. (Capone v. Matteo Realty Corp., 241 App. Div. 845.) Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of ALEXANDER McCRAW, Appellant, for a Mandamus Order against JAMES E. FINEGAN, as President of the Municipal Civil Service Commission of the City of New York, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

In the Matter of the Petition of the QUEENS COUNTY BAR ASSOCIATION for an Inquiry into Certain Abuses and Illegal and Improper Practices Alleged in the Petition.— Motion for judicial inquiry granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of CATHERINE ROHAN, as Committee of the Estate of PETER ROHAN, an Incompetent Person. MARYLAND CASUALTY COMPANY, Appellant; CHARLES J. MASONE, as Special Guardian for PETER ROHAN, etc., Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of JULIUS E. SCHICK, a Bankrupt, to Have a Certain Judgment in Favor of SAMUEL GOLDSTEIN Canceled of Record. SAMUEL GOLDSTEIN, Respondent; JULIUS E. SCHICK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

CLARENCE LEVENTHAL, Respondent, v. ESTHER WEINTRAUB, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

DANIEL MAY, Executor of the Estate of CAROLINE MAY, Also Known as KAROLINE MAJ, Deceased, Respondent, v. UNION DIME SAVINGS BANK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.